AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ~ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. | DATE FILED | **United States District Court**<br>**District of Rhode Island**<br>**One Exchange Terrace**<br>**Federal Building and Courthouse**<br>**Providence, RI 02903** |

| PLAINTIFF | DEFENDANT |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.** | **RENEE MITSON** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## RENEE MITSON

**IP Address:** 68.9.239.211 2004-04-22 00:52:16 **CASE ID#** 2352180A

**P2P Network:** KaZaA **Total Audio Files:** 1245

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| BMG Music | Eve 6 | Here's To The Night | Horrorscope | 285-024 |
| Virgin Records America, Inc. | Smashing Pumpkins | Zero | Mellon Collie and the Infinite Sadness | 183-904 |
| Warner Bros. Records Inc. | Devo | Whip It | Freedom of Choice | 17-936 |