UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general Partnership; ARISTA RECORDS LLC, a Delaware limited liability Company; BMG MUSIC, a New York general Partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware Corporation<br>Plaintiffs | : | **DEFENDANT HEREBY DEMANDS A TRIAL BY JURY** |
| Vs. | : | C.A. No. 07-342S |
| RENEE MITSON<br>Defendant | : | |

**ANSWER OF DEFENDANT, RENEE MITSON,**
**<u>TO PLAINTIFFS' COMPLAINT</u>**

1. Paragraph 1 characterizes the Complaint. The Complaint speaks for itself;

2. Paragraph 2 states a legal conclusion, which requires no response;

3. Defendant admits that the Defendant resides at in the State of Rhode Island and otherwise denies the allegation contained in Paragraph 3;

4. Defendant lacks knowledge or information sufficient to form a belief about this allegation and therefore, denies the allegation in Paragraph 4;

5. Defendant lacks knowledge or information sufficient to form a belief about this allegation and therefore, denies the allegation in Paragraph 5;

6. Defendant lacks knowledge or information sufficient to form a belief about this allegation and therefore, denies the allegation in Paragraph 6;

7. Defendant lacks knowledge or information sufficient to form a belief about this allegation and therefore, denies the allegation in Paragraph 7;

8. Defendant lacks knowledge or information sufficient to form a belief about this allegation and therefore, denies the allegation in Paragraph 8;

9. Defendant admits the allegations contained in Paragraph 9;

10. Paragraph contains no allegations and no response is therefore required;

11. Defendant lacks knowledge or information sufficient to form a belief about this allegation and therefore, denies the allegation contained in Paragraph 11;

12. Defendant lacks knowledge or information sufficient to form a belief about this allegation and therefore, denies the allegation contained in Paragraph 12;

13. Defendant lacks knowledge or information sufficient to form a belief about this allegation and therefore, denies the allegation contained in Paragraph 13;

14. Defendant denies that individual users of a P2P Network can be identified by using Internet Protocol ("IP") addresses, otherwise defendant lacks knowledge or information sufficient to form a belief about this allegation and therefore, denies the allegation contained in Paragraph 14;

15. Defendant denies each and every allegation contained in Paragraph 15;

16. Defendant denies each and every allegation contained in Paragraph 16;

17. Defendant denies each and every allegation contained in Paragraph 17;

18. Defendant denies each and every allegation contained in Paragraph 18;

19. Defendant denies each and every allegation contained in Paragraph 19;

20. Defendant denies each and every allegation contained in Paragraph 20;

## FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the Statute of Limitations.

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action.

## THIRD AFFIRMATIVE DEFENSE

The provision for statutory damages in 17 U.S.C. §503(c) is unconstitutional as applied to the facts in this action.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiffs' claims are barred by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendant did not violate or cause a violation of Plaintiffs' rights.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs failed to satisfy the pleading requirements applicable to copyright infringement.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred under the doctrine of laches.

Respectfully Submitted,
On behalf of the Defendant, Renee Mitson
By her Attorney,

/s/ Robert A. Mitson

Robert A. Mitson, Esq., #3300
Mitson Law Associates
603 Park Avenue
Woonsocket, RI 02895
(401) 762-5900
(401) 762-5907 Fax

CERTIFICATION

I, the undersigned, hereby certify that I have forwarded a copy of the foregoing answer to James E. O'Neil, Esq., Meadows Office Park, 1130 Ten Rod Road, Suite A-103, North Kingstown, Rhode Island 02852 on the 26th day of October, 2007.

/s/ Ellen M. Brunelle