**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RENEE MITSON,<br><br>Defendant. | Civil No. 1:07-cv-00342-S-DLM<br><br>Judge William E. Smith |

**NOTICE OF SETTLEMENT**

Plaintiffs SONY BMG MUSIC ENTERTAINMENT, *et al.* ("Plaintiffs"), by and through their undersigned counsel, respectfully notify the Court that the parties have settled their dispute in principle. Therefore, Plaintiffs request the Court stay the case for sixty (60) days to allow the parties to finalize their settlement agreement and submit the appropriate paperwork to the Court.

This notice is filed with the consent of the Defendant.

Respectfully submitted,

Dated: 04-08-08

By: s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 8th day of April, 2008, I mailed a true and accurate copy of the within Notice of Settlement first class, postage prepaid to Renee Mitson 575 Cooper Rd. Chepachet, RI 02814-1451.

/s/ James E. O'Neil
James E. O'Neil, Esq.