**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | Civil No. 1:07-cv-00342-S-DLM |
| Plaintiffs, | Judge William E. Smith |
| v. | |
| Renee Mitson, | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs SONY BMG MUSIC ENTERTAINMENT, *et al.*, and Defendant Renee Mitson, by and through their attorneys, respectfully and jointly submit this Joint Stipulation of Dismissal of this action without prejudice, each party to bear its/her own costs and fees save that, in the event that Defendant fully complies with the requirements of paragraph 1 of the Settlement Agreement separately entered into by the parties hereto, this action shall be deemed dismissed with prejudice. The parties request that the Clerk of Court now close this case.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorneys for Plaintiffs

Robert Mitson
Mitson Law Associates
603 Park Ave
Woonsocket, RI 02895
State Bar No. 3300
Telephone: (401)762-5900
Facsimile: (401)762-5907

Attorneys for Defendant